UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROTECT DEMOCRACY PROJECT,

    Plaintiff,

v.

DEPARTMENT OF TREASURY, et al.

    Defendants.

Civil Action No. 25-4101 (TJK)

## JOINT STATUS REPORT

The Protect Democracy Project ("Plaintiff") and the Departments of Treasury and its components the Financial Crimes Enforcement Network and the Office of Foreign Assets Control, as well as the Department of Homeland Security ("Defendants") (collectively "the parties"), by and through the undersigned counsel, respectfully submit this Joint Status Report in response to the Court's order entered on January 31, 2026.  Min. Ord.  In support, the parties jointly state the following:

1.    In this action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), Plaintiff seeks records related to an executive order addressing Antifa, *see* ECF No. 1, and Defendants answered Plaintiff's Complaint.  *See* ECF No. 10.  Subsequently, the Court directed that "the parties shall meet, confer, and file, by February 13, 2026, a joint proposed schedule for briefing or disclosure."  Min. Ord. (Jan 31, 2026).

2.    All Treasury components are currently in the process of evaluating Plaintiff's request and/or searching for responsive records. The Department of Homeland Security had determined that Plaintiff's request is unwieldy and requested that Plaintiff provide a list of custodians. Plaintiff provided that proposed list of custodians on February 12, 2026.

3.      Defendants propose that, given the early stages of this litigation, the parties file another Joint Status Report no later than April 14, 2026, which will give the parties additional time to confer again—presumably after the parties have more information about searches that Defendants' anticipate should be completed by that time.

4.      Plaintiff disagrees that filing the next Joint Status Report in two months is appropriate, given that none of Defendants have completed their searches for potentially responsive records. As such, Plaintiff proposes that the parties file another Joint Status report in 30 days, or no later than March 13, 2026.

WHEREFORE,

Defendants propose filing another Joint Status Report no later than April 14, 2026.

Plaintiff proposes filing another Joint Status Report no later than March 13, 2026.

| | |
|---|---|
| Dated: February 13, 2026<br>Washington, DC | Respectfully submitted, |
| */s/ Daniel Martinez*<br>David Kronig<br>D.C. Bar No. 1030649<br>Daniel Martinez<br>D.C. Bar No. 90025922<br>AMERICAN OVERSIGHT<br>1030 15th Street NW, B255<br>Washington, DC 20005<br>(202) 897-2465<br>danny.martinez@americanoverisht.org<br><br>*Counsel for Plaintiff* | JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By:      */s/ Kenneth Adebonojo*<br>KENNETH ADEBONOJO<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2562<br><br>*Attorneys for the United States of America* |