# EXHIBIT 2

Protect Democracy

**Matt Peney <matt.peney@protectdemocracy.org>**

---

## Fwd: Your FOIA Request to Treasury 2026-FOIA-00078

1 message

---

**Matt Peney** <matt.peney@protectdemocracy.org> Thu, Nov 6, 2025 at 6:40 PM
To: Matt Peney <matt.peney@protectdemocracy.org>

---------- Forwarded message ---------
From: FOIA@treasury.gov <FOIA@treasury.gov>
Date: Thursday, October 23, 2025 at 8:30:52 AM UTC-5
Subject: Your FOIA Request to Treasury 2026-FOIA-00078
To: foia@protectdemocracy.org <foia@protectdemocracy.org>

RE: Your FOIA Request to Treasury, Case Number 2026-FOIA-00078

Dear Mr. Peney:

This email acknowledges the receipt of your FOIA request dated 10/22/2025 seeking copies of the following records:

> Re: Freedom of Information Act Request for Department of the Treasury Materials Related to the Investigation of Philanthropic and Nonprofit Organizations Dear Mr. Bittner, Pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, Protect Democracy Project hereby requests that your office produce the following records within 20 business days: 1. From September 22, 2025, through the date on which searches are conducted for records responsive to this request: a. All agency guidance, directives, memoranda, documents, or communications issued to or by the Department of the Treasury regarding the implementation of President Trump's September 22, 2025 Executive Order, "Designating Antifa as a Domestic Terrorist Organization" and/or National Security Presidential Memorandum 7, "Countering Domestic Terrorism and Organized Political Violence" ("NSPM-7"). This includes, but is not limited to, any documents or communications identifying any philanthropic or nonprofit organization for designation as a "domestic terrorist organization[.]"1 b. All directives, memoranda, lists, documents, or communications, and any related calendar entries or call logs, instructing Department of the Treasury officials or staff to investigate or to draft or develop plans to investigate: i. The Open Society Foundations and any of its grantees, including but not limited to the directive referenced in the September 25, 2025 article in the New York Times entitled "Justice Dept. Official Pushes Prosecutors to Investigate George Soros's Foundation,"2 and any and all other directives, memoranda, or communications in any way related to that directive; ii. Tides Foundation and any of its grantees;3 and iii. Arabella Advisors and any of its grantees c. All directives, memoranda, lists, documents, or communications, and any related calendar entries or call logs, instructing Department of the Treasury officials or staff to investigate or to draft or develop plans to investigate or audit philanthropic or nonprofit organizations: i. Pursuant to any directive implementing President Trump's September 22, 2025 Executive Order and/or NSPM-7; ii. In connection with alleged ties to, or support for, any of the following: 1. "Antifa,"5 2. "[A]nti-fascism,"6 3. "[D]omestic terrorist organizations,"7 4. "[O]rganized campaigns" of "political violence" and "targeted intimidation, radicalization, threats, and violence,"8 and/or 5. "[N]etworks, entities, and organizations that promote organized violence, violent intimidation, conspiracies against rights, and other efforts to disrupt the functioning of a democratic society[;]"9 or iii. "[A]nimat[ed]" by any of the following: 1. "[A]nti-Americanism," "anti-capitalism," or "anti-Christianity," 2. "[S]upport for the overthrow of the United States Government," 3. "[E]xtremism on migration, race, and gender," and/or 4. "[H]ostility towards those who hold traditional American views on family, religion, and morality[.]"10 d. All lists, memoranda, or

> communications, and any accompanying justification or analysis, prepared or received by the Department of the Treasury identifying nonprofit organizations alleged to be involved in funding or organizing political violence or domestic terrorism. This request includes, but is not limited to: i. The "lists" identifying investigation priorities and targets by the Treasury Department referenced by Treasury Secretary Scott Bessent on October 14, 2025 on The Charlie Kirk Show,11 and any related documents and communications; and ii. Any lists or analyses created by or provided to the Department of the Treas

This request has been issued tracking number 2026-FOIA-00078. Please reference this number in all future correspondence with this office when communicating regarding this request. Please see the attached letter for more information.

Sincerely,

Cawana Pearson

Case Manager, FOIA and Transparency

Office of Privacy, Transparency, and Records

---

**FOIA Acknowledgement Fee Expedited.pdf**
93K