UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROTECT DEMOCRACY PROJECT,

     Plaintiff,

    v.

DEPARTMENT OF TREASURY, et al.

     Defendants.

Civil Action No. 25-4101 (TJK)

**JOINT STATUS REPORT**

The Protect Democracy Project ("Plaintiff") and the Departments of Treasury and its components the Financial Crimes Enforcement Network and the Office of Foreign Assets Control, as well as the Department of Homeland Security ("Defendants") (collectively "the parties"), by and through the undersigned counsel, respectfully submit this Joint Status Report in response to the Court's order entered on February 18, 2026.  Min. Ord.  In support, the parties jointly state the following:

1.  In this action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), Plaintiff seeks records related to an executive order addressing Antifa, *see* ECF No. 1, and Defendants answered Plaintiff's Complaint.  *See* ECF No. 10.  After filing their first Joint Status Report, *see* ECF No. 11, the Court directed the parties to file another Joint Status Report today.  *See* Min. Ord.

**Defendants' Statement**

2.  All Treasury components have completed their searches and are in various points of responsiveness review, deduplication, and determination of the number of responsive records. These components anticipate being able to give more specificity as to the number of responsive records and release dates at the rate of 500 pages a month by the end of next month.  Because

processing is still underway, Defendants are unable to commit to a date for release of records today, but anticipate they would be able to do so by the time the parties' next Joint Status Report is due. At this relatively early state of this litigation, Defendants are working diligently to process responsive records even in the absence of the Court-ordered processing and release schedule.

3. DHS is currently experiencing a lapse in appropriations which began February 14, 2026. DHS FOIA employees are furloughed and have not been excepted to work on FOIA litigation. This staff is needed to review and process productions related to FOIA requests in litigation. For these reasons, DHS cannot review, process, and release any responsive records. Once appropriations are restored, the agencies will need some time to reorganize and then will resume work on this matter. The agency's orderly return from the shutdown takes time as furloughed staff work through backlogs of emails, voicemails, and tasks, receive direction from management on projects, and triage tasks. Defendants will have more to report once their lapse in appropriations ends and they have time to coordinate their work after FOIA staff return from furlough. DHS's position is not that it need not comply with its FOIA statutory obligations, but that lack of funding and personnel currently on the job make it unable at this time. That DHS is an agency that is not fully funded at this time is easily verifiable information in the public domain and there is no reason to doubt Agency Counsel's representations. Plaintiff's request is not being singled out.

4. The other Defendants anticipate responding to Plaintiff's Complaint by April 3, 2026. The Federal Bureau of Investigation reports that it has already begun processing Plaintiff's request.

**Plaintiff's Statement**

*Defendants' Answer to Plaintiff's Amended Complaint*

5. As a preliminary matter, Defendants have not filed an answer to Plaintiff's Amended Complaint, ECF No. 12 (Feb. 20, 2026), which was due two weeks ago. *See* Fed. R. Civ. P.

15(a)(3) (14 days to respond to an amended pleading). Counsel for Plaintiffs notified Defendants of this failure on March 24; counsel for Defendants stated that Defendant FBI planned to file a response, and that counsel for Defendants would update Plaintiff shortly. As of the filing of this joint status report, Plaintiff has received no such update.

6. Defendants' failure to meet this court deadline, with no sign that it will soon comply—which impacts how soon Plaintiff will receive all responsive, non-exempt records—calls for closer judicial supervision of this matter. To provide Defendants with clear guideposts to comply with FOIA, Plaintiff requests that the Court order (1) Defendants to respond to the Amended Complaint no later than April 3, 2026, and order Defendants to each individually (2) process no fewer than 500 pages of records per month, and (3) begin rolling productions every 30 days no later than April 24, 2026.

*DHS's Failure to Process Plaintiff's FOIA Request*

7. Plaintiff objects to Defendants' bald assertion that it need not comply with its statutory obligations under FOIA. Defendant offers no evidence to prove or even suggest that for DHS FOIA staff to continue their work would violate the Anti-Deficiency Act or any other law. Instead, it appears that the decision to furlough FOIA staff was wholly determined by DHS leadership. At least one court in this District granted processing of records, after the requestor pointed to Department of Justice guidance stating that compliance with court orders was authorized during an appropriations lapse. *Democracy Forward Found. v. U.S. Dep't of Homeland Sec.*, 25-cv-4089-AHA (D.D.C. Mar. 17, 2026), ECF No. 17.

8. Two district courts in the Southern District of New York have similarly ordered DHS and its components to continue to process FOIA requests. *See RFK Human Rights v. Dep't of*

*Homeland Security*, No. 25-cv-4349 (AS) (S.D.N.Y. Mar. 25, 2026), ECF No. 78; *RFK Human Rights v. Dep't of Homeland Security*, No. 25-cv-6541 (S.D.N.Y. Mar. 24, 2026), ECF No. 35.

*Lack of Other Defendants' Updates*

9.   Defendants' Statement above contains no mention of the status of Plaintiff's FOIA requests at issue to DOJ and the State Department, and merely claims that FBI has "begun processing Plaintiff's request," with no specifics regarding its rate of processing or expected timeline. *See* Am. Comp. Exs. 3, 8, and 11. Counsel for Plaintiff inquired with Defendants on this issue, but as of the filing of this joint status report, Plaintiff has received no update on these requests.

WHEREFORE, Plaintiff respectfully requests that the Court order (1) Defendants to respond to the Amended Complaint no later than April 3, 2026, and order Defendants to each individually (2) process no fewer than 500 pages of records per month, and (3) begin rolling productions every 30 days no later than April 24, 2026.[1] The parties jointly propose filing another Joint Status Report not later than April 30, 2026.

Dated:  March 27, 2026
         Washington, DC

/s/ Daniel Martinez
Daniel Martinez
D.C. Bar No. 90025922
David Kronig
D.C. Bar No. 1030649
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
 (202) 897-2465
danny.martinez@americanoversight.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:        /s/ Kenneth Adebonojo
    KENNETH ADEBONOJO
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2562

*Attorneys for the United States of America*

---

[1] Plainitiff's Proposed Order is attached.