**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PROTECT DEMOCRACY PROJECT,

    Plaintiff,

    v.                                                                                Civil Action No. 25-4101 (TJK)

DEPARTMENT OF TREASURY, et al.

        Defendants.

## [PLAINTIFF'S PROPOSED] ORDER

Upon consideration of the Parties' Joint Status Report (ECF No. 15), it is

**ORDERED** that Defendants shall file a response to the Amended Complaint (ECF No. 12) no later than April 3, 2026; and it is

**ORDERED** that each Defendant shall process no fewer than 500 pages of records per month; and it is

**ORDERED** that each Defendant shall begin rolling productions every 30 days no later than April 24, 2026, and it is

**ORDERED** that the Parties shall file a further joint status report no later than April 30, 2026.


SO ORDERED:


Date: _____                                          _____
                                                                         TIMOTHY J. KELLY
                                                                         United States District Judge