UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROTECT DEMOCRACY PROJECT,

Plaintiff,

v.

DEPARTMENT OF TREASURY, et al.

Defendants.

Civil Action No. 25-4101 (TJK)

## JOINT STATUS REPORT

The Protect Democracy Project ("Plaintiff") and the Departments of Treasury and its components the Financial Crimes Enforcement Network and the Office of Foreign Assets Control, as well as the Department of Homeland Security, et al. ("Defendants") (collectively "the parties"), by and through the undersigned counsel, respectfully submit this Joint Status Report in response to the Court's order entered on April 6, 2026.  Min. Ord.  In support, the parties jointly state the following:

1.      In this action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), Plaintiff seeks records related to an executive order addressing Antifa, *see* ECF No. 1, and Defendants answered Plaintiff's Amended Complaint.  *See* ECF Nos. 12, 19.  After filing their last Joint Status Report, *see* ECF No. 15, the Court directed the parties to file another Joint Status Report today.  *See* Min. Ord.

2.      Specifically, the Court directed that "the parties, except for DHS, shall meet, confer, and file, by April 20, 2026, a joint proposed schedule for briefing or disclosure."  Min Ord.

3.      The agencies provide the following updates:

a. State has finished gathering potentially responsive paper and electronic records. It is, however, still in the process of reviewing a very large cache of records for responsiveness. Today, Plaintiff requested that State provide an estimate of when it will finish its responsiveness review.  Agency Counsel for  State has been on leave.

b. The FBI's searches of its Centralized Records System and Policy Portals have been completed and it anticipates finalizing its remaining targeted searches within 45 days, after which the records will need to be reviewed for responsiveness.  FBI reports that it will not be able to finalize its search(es) in 45 days.  Plaintiff has requested that it finalize the searches by the next Joint Status Report.

c. DOJ has completed its search and reported to Plaintiff that no responsive records were located. Today, Plaintiff asked counsel for DOJ regarding the parameters of its search.

d. Treasury is still finalizing its searches as set forth in the parties' last Joint Status Report, *see* ECF No. 15, and Defendants' Status Report, *see* ECF No. 20, and anticipate that it will be able to provide a release schedule by the time the parties' next Joint Status Report is due.

***

Defendants request that the Court permit the parties to file a joint status report no later than June 19, 2026.

Plaintiff requests that the Court permit the parties to file a joint status report no later than May 20, 2026.

Dated: April 20, 2026                              Respectfully submitted,
       Washington, DC

- 3 -

*/s/ Daniel Martinez*
Daniel Martinez
D.C. Bar No. 90025922
Emma Lewis
D.C. Bar No. 144574
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
 (202) 897-2465
danny.martinez@americanoversight.org

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: _____ */s/ Kenneth Adebonojo* _____
   KENNETH ADEBONOJO
   Assistant United States Attorney
   601 D Street, NW
   Washington, DC 20530
   (202) 252-2562

*Attorneys for the United States of America*