UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROTECT DEMOCRACY PROJECT,

Plaintiff,

v.

DEPARTMENT OF TREASURY, et al.

Defendants.

Civil Action No. 25-4101 (TJK)

## JOINT STATUS REPORT

The Protect Democracy Project ("Plaintiff") and the Departments of Treasury and its components the Financial Crimes Enforcement Network and the Office of Foreign Assets Control, as well as the Department of Homeland Security, et al. ("Defendants") (collectively "the parties"), by and through the undersigned counsel, respectfully submit this Joint Status Report in response to the Court's order entered on April 22, 2026.  Min. Ord.  In support, the parties jointly state the following:

1.      In this action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), Plaintiff seeks records related to an executive order addressing Antifa, *see* ECF No. 1, and Defendants answered Plaintiff's Amended Complaint.  *See* ECF Nos. 12, 19.  After filing their last Joint Status Report, *see* ECF No. 22, the Court directed the parties to file another Joint Status Report today, addressing disclosure of records.  *See* Min. Ord.

2.      The agencies provide the following updates:

   a. Since the parties' last Joint Status Report, funding has been restored to the Department of Homeland Security ("DHS").  It reports that it has completed a search that has returned approximately 200,000 pages of potentially responsive

records.  DHS believes that the request is too broad and is willing to meet and confer with Plaintiff to narrow the request to a less burdensome number of potentially responsive records.

b.  State Department has completed electronic searches and is actively collecting documents from relevant bureaus and offices. It is now working through the relevancy review of approximately 40,000 pages of potentially responsive records. It anticipates that it will be able to provide a date to commence records release by the time the parties' next Joint Status Report is due. Plaintiff will confer with the State Department on the scope of this request.

c.  The FBI's search has been completed.  It is currently scoping documents obtained from its search of the Centralized Records System and Policy Portals for responsiveness while awaiting the final results of targeted searches.

d.  DOJ has completed its search and reported to Plaintiff that no responsive records were located. Plaintiff asked for the search parameters for DOJ's search in the last JSR, ECF No. 22, and has renewed that request.

e.  Treasury, including both the Financial Crimes Enforcement Network (FinCEN) and the Office of Foreign Assets Control (OFAC), anticipate completing their searches for potentially responsive records on unclassified systems on or about May 20, 2026.  Treasury anticipates that it will be able to set a date for beginning the production of documents before the next status report.

WHEREFORE, the Defendants request that the Court permit them to file another Joint Status no later than June 18, 2026.

- 3 -

Dated:  May 20, 2026
      Washington, DC

*/s/ Daniel Martinez*
Daniel Martinez
D.C. Bar No. 90025922
Emma Lewis
D.C. Bar No. 144574
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
 (202) 897-2465
danny.martinez@americanoversight.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:        */s/ Kenneth Adebonojo*
    KENNETH ADEBONOJO
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2562

*Attorneys for the United States of America*