UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PROTECT DEMOCRACY PROJECT, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF TREASURY, et al. <br><br> Defendants. | Civil Action No. 25-4101 (TJK) |

## <u>JOINT STATUS REPORT</u>

The Protect Democracy Project ("Plaintiff") and the Departments of Treasury and its components the Financial Crimes Enforcement Network and the Office of Foreign Assets Control, as well as the Department of Homeland Security, et al. ("Defendants") (collectively "the parties"), by and through the undersigned counsel, respectfully submit this Joint Status Report in response to the Court's order entered on June 22, 2026.  Min. Ord.  In support, the parties jointly state the following:

1. In this action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), Plaintiff seeks records related to an executive order addressing Antifa, *see* ECF No. 1, and Defendants answered Plaintiff's Amended Complaint.  *See* ECF Nos. 12, 19.  After filing their last Joint Status Report, *see* ECF No. 24, the Court directed the parties to file another Joint Status Report today.  *See* Min. Ord.

2. The agencies provide the following updates:

    a. DHS has completed its search for items 1, 2, 4, 5, and 6 and is continuing to conduct a search for item 3 and anticipates completing its search by the middle of August.

DHS will begin processing responsive records and anticipates making its first production to Plaintiff on or about the end of August.

b.  Treasury anticipates that it will begin the rolling releases by September 1 (a month earlier than reported in the previous JSR).

c.  The State Department has located approximately 2,500 pages of potentially responsive records, is continuing its relevancy review, and anticipates that it will commence disclosures by the end of September. As State previously reported it would begin productions by the end of August, Plaintiff has inquired as to why production is delayed.

d.  The FBI has completed its searches and is in the process of importing them into its system for processing and disclosure.  The FBI anticipates that it will be able to begin releasing segregable non-exempt information by the end of October. Plaintiff believes 3.5 months is an unreasonable length of time before beginning production and has asked FBI to begin production by September 1, 2026.

e.  DOJ anticipates that it will be meeting and conferring with Plaintiff's Counsel about its search next week.

3.    Plaintiff's Report: Plaintiff has sought to confer with DOJ and DHS about these requests, providing Defendants' counsel on June 22 and July 14 with available times to meet, and has not received a response. As Plaintiff has been unsuccessful in scheduling a meet and confer with Defendants despite repeated inquiries, Plaintiff respectfully requests this Court to order Defendants to meet and confer with Plaintiff by July 31, 2026.

4.    Defendant's Report: As DOJ anticipates meeting and conferring with Plaintiff's Counsel about its search next week, Defendant believes there is no need for the Court to order the

parties to meet and confer. The only meet and confer request that Government Counsel recalls receiving was to confer with DOJ.  Because Government's Counsel has provided DHS's position, it not clear what purpose a meet and confer will achieve given that DHS will soon commence disclosures.

WHEREFORE Defendants request that the Court permit the parties to file another Joint Status no later than September 20, 2026, after some of the Agencies would have produced records. Plaintiff proposes August 20, 2026, to report to the Court on the results of the conferrals, if they have occurred.

Dated:  July 21, 2026
      Washington, DC

Respectfully submitted,

*/s/ Emma Lewis*
Emma Lewis
D.C. Bar No. 144574
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
 (202) 919-6303
emma.lewis@americanoversight.org

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By:       */s/ Kenneth Adebonojo*
   KENNETH ADEBONOJO
   Assistant United States Attorney
   601 D Street, NW
   Washington, DC 20530
   (202) 252-2562

*Attorneys for the United States of America*