UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROTECT DEMOCRACY PROJECT,

Plaintiff,

v.

DEPARTMENT OF TREASURY, et al.

Defendants.

Civil Action No. 25-4101 (TJK)

**PLAINTIFF'S STATUS REPORT**

The Protect Democracy Project ("Plaintiff") submits this status report to update the Court on the status of the requests and to ask the Court to order the parties to meet and confer regarding the DOJ and DHS requests by September 3, 2026 and to file a status report by September 20, 2026.

Plaintiff brought this action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), in November 2025 against the Departments of Treasury and its components the Financial Crimes Enforcement Network and the Office of Foreign Assets Control, as well as the Department of Homeland Security, and Department of State, and amended its complaint to add the Federal Bureau of Investigation and Department of Justice in February 2026 ("Defendants"). Plaintiff seeks records related to an executive order addressing Antifa, *see* ECF No. 1, and Defendants answered Plaintiff's Amended Complaint. *See* ECF Nos. 12, 19. In the parties' last status report, ECF No. 27, the parties proposed dates for the next JSR: Plaintiff proposed filing a status report in 30 days, on August 20, 2026, while Defendants proposed September 20, 2026. The Court has not yet set a date for the parties' next status report. In the interest of moving the case

forward, Plaintiff files this status report to update the Court and make a recommendation for further proceedings.[1]

Plaintiff has not received any further information from Defendants since the parties' last status report, ECF No. 27. In that status report, DOJ stated that it "anticipates that it will be meeting and conferring with Plaintiff's Counsel about its search next week," *id.*, but Government Counsel did not respond to Plaintiff's counsel's request for available times, no meeting was organized and no meet and confer has taken place. Plaintiff's counsel asked for Government Counsel's availability again on August 19, 2026 and has received no response to that inquiry.

Plaintiff has sought repeatedly to confer regarding DOJ and DHS's processing of Plaintiff's requests. Government Counsel specifically asked Plaintiff's counsel by email on June 2, 2026, to confer regarding narrowing of the DHS request as DHS's search "returned burdensome numbers," but has not responded to repeated inquiries to set up a phone call to discuss.

Plaintiff respectfully requests this Court to order Defendants to meet and confer with Plaintiff by September 3, 2026, to discuss the results of DHS's search and narrowing as well as the search parameters of DOJ's search for potentially responsive records. Plaintiff also asks this Court to order the parties to file a further Joint Status Report by September 30, 2026.

Dated: August 20, 2026

Respectfully submitted,

*/s/ Emma Lewis*
Emma Lewis
D.C. Bar No. 144574
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005

[1] Plaintiff's counsel reached out to Defendants' counsel by email inquiring as to whether Defendants would be amenable to filing a joint status report, and Defendants' counsel declined by email on August 20th.

(202) 919-6303
emma.lewis@americanoversight.org

*Counsel for Plaintiff*