UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT DEMOCRACY PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF TREASURY, et al.<br><br>Defendants. | Civil Action No. 25-4101 (TJK) |

**JOINT STATUS REPORT**

The Protect Democracy Project ("Plaintiff") and the Departments of Treasury and its components the Financial Crimes Enforcement Network and the Office of Foreign Assets Control, as well as the Department of Homeland Security, et al. ("Defendants") (collectively "the parties"), by and through the undersigned counsel, respectfully submit this Joint Status Report in response to the Court's order entered on August 21, 2026. Min. Ord. In support, the parties jointly state the following:

1. In this action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), Plaintiff seeks records related to an executive order addressing Antifa, *see* ECF No. 1, and Defendants answered Plaintiff's Amended Complaint. *See* ECF Nos. 12, 19. After filing their last Joint Status Report, *see* ECF No. 25, the Court directed the parties to file another Joint Status Report today. *See* Min. Ord.

2. The agencies provide the following updates:

   a. Treasury has completed is processing and commenced disclosures. Treasury anticipates that it will continue month interim releases until completed at the rate

of 500 pages a month. Plaintiff has asked Treasury to provide its total number of potentially responsive pages.

b. State has already made its first disclosure at the end of August and anticipates continuing interim releases until completed. State has 2,500 potentially responsive pages and plans to process 450 pages every six weeks. Plaintiff has asked State to agree to monthly productions. State's position is that, to accommodate record numbers of FOIA requests, it monthly processing rate is 300 pages. Plaintiff has asked State to agree to a rate of 450 pages per month.

c. The FBI has completed processing and has determined that it will commence disclosures in November until disclosures are complete. Plaintiff has asked FBI to provide the total number of potentially responsive pages and to confirm the interim releases will be made on a monthly basis. Plaintiff has also asked that FBI commence productions by November 6, 2026.

d. DHS concluded a search of the custodians provided by the Plaintiff and identified 150 potentially responsive records that amount to roughly 6,000 pages. DHS anticipates processing interim releases at the rate of 500 pages a month until completed.

e. DOJ's response is that Plaintiff's request for "[a]ll agency guidance, directives, memoranda, documents, or communications *issued to or by* [] *OIP* regarding … [the September 22, 2025 Executive Order] 'Designating Antifa as a Domestic Terrorist Organization'" yielded no responsive records.

3. Defendants' Statement: Some of Plaintiff's requests came late in the day or at the end of the business day. Government Counsel is unable to get the agencies' responses after the end of the business day.

WHEREFORE the parties jointly request that the Court adopt their proposal to file another Joint Status Report updating the Court on processing progress no later than December 4, 2026.

Dated: September 30, 2026
Washington, DC

Respectfully submitted,

*<u>/s/ Emma Lewis</u>*
Emma Lewis
D.C. Bar No. 144574
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: *<u>/s/ Kenneth Adebonojo</u>*
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2562

*Attorneys for the United States of America*